NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LARRY B. McGUIRE,                        )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D17-2980
                                         )
U.S. BANK, N.A., as Trustee for          )
Adjustable Rate Mortgage Trust 2005-9,   )
Adjustable Rate Mortgage Backed Pass     )
Through Certificates, Series 2005-9,     )
                                         )
          Appellee.                      )
_____  )

Opinion filed June 7, 2019.

Appeal from the Circuit Court for Manatee
County; Brian Iten, Judge.

Mark P. Stopa of Stopa Law Firm, Tampa,
(withdrew after briefing); Richard J. Mockler
of Stay In My Home, P.A., Tampa (withdrew
after briefing), for Appellant.

Sara Holladay-Tobias of McGuireWoods,
LLP, Jacksonville, for Appellee.


PER CURIAM.


          Affirmed.

LUCAS and SMITH, JJ., and CASE, JAMES Associate Senior Judge,  Concur.